1

2

3

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

4   ALASKAN ANVIL, LLC,

5                           Plaintiff,

6           v.

7   PATRICK DAVIS AND JANE DOE
    DAVIS,

8                           Defendants.

CASE NO. C16-5796BHS

ORDER DENYING PLAINTIFF'S
MOTION FOR SANCTIONS

9

10      This matter comes before the Court on Plaintiff Alaskan Anvil, LLC's ("Plaintiff")

11   motion for sanctions (Dkt. 9). The Court has considered the pleadings filed in support of

12   and in opposition to the motion and the remainder of the file and hereby denies the

13   motion for the reasons stated herein.

14                          **I. PROCEDURAL HISTORY**

15      On September 16, 2016, Plaintiff filed a complaint against Defendants Patrick and

16   Jane Doe Davis ("Davis").  Dkt. 1.

17      On October 21, 2016, Plaintiff filed the instant motion requesting sanctions for

18   Davis's refusal to waive service.  Dkt. 9.  On November 1, 2016, Davis responded.  Dkt.

19   11.  On November 9, 2016, Plaintiff replied.  Dkt. 13.

20                              **II. DISCUSSION**

21      An individual, corporation, or association that is subject to service under Rule

22   4(e), (f), or (h) has a duty to avoid unnecessary expenses of serving the summons. The

ORDER - 1

1  plaintiff may notify such a defendant that an action has been commenced and request that

2  the defendant waive service of a summons.  Fed. R. Civ. P. 4(d)(1).  A plaintiff must

3  "give the defendant a reasonable time of at least 30 days after the request was sent--or at

4  least 60 days if sent to the defendant outside any judicial district of the United States--to

5  return the waiver."  *Id*. 4(d)(1)(F).

6       In this case, Plaintiff has failed to show that it gave Davis a reasonable time to

7  respond before filing this motion.  Once Davis identified this flaw in Plaintiff's position,

8  Plaintiff responded by arguing that it "was clear that an impasse had been reached [and]

9  further overtures would be an additional waste of time . . . ."  Dkt. 13 at 2.  No matter

10  how great the impasse, the rule requires at least 30 days to respond.  Although the Court

11  agrees with Plaintiff that failure to accept service in a run-of-the-mill contract case

12  undermines the spirit of Fed. R. Civ. P 1, the Court is without authority to award

13  sanctions in this matter.

14                                    **III. ORDER**

15       Therefore, it is hereby **ORDERED** that Plaintiff's motion for sanctions (Dkt. 9) is

16  **DENIED**.

17       Dated this 15th day of December, 2016.

18

19                                    BENJAMIN H. SETTLE
                                     United States District Judge

20

21

22